NEW YORK LIFE INSURANCE COMPANY, Plaintiff, *v.* HAZLITT REALTY CORPORATION et al., Defendants.

MAX AARON, Appellant; HATTIE CONAY, as Receiver, Respondent.

(Submitted November 22, 1934; decided December 31, 1934.)

*Irving R. Kass* for appellant.

*William H. Chorosh, Emanuel D. Black* and *Benjamin Shapiro* for respondent.

Order affirmed, with costs, on the authority of *Woman's Hospital* v. *Loubern Realty Corp.* (266 N. Y. 123). No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.